**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York (Central Islip)
                                    (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**  Lake Law Firm LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____

**4. Debtor's federal Employer Identification Number (EIN)**    ☒ Unknown

**5. Debtor's address**

**Principal place of business**

270 West Main Street, Suite 3
Number         Street

Sayville    NY   11782
City        State   ZIP Code

Suffolk
County

**Mailing address, if different**

_____
Number       Street

_____
P.O. Box

_____ _____ _____
City                     State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____ _____ _____
City                     State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

| Debtor | Lake Law Firm LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**6. Debtor's website** (URL)   thelakelawfirm.com

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

**Part 3:   Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Lake Law Firm LLC
         Name

Case number (*if known*)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | | | Amount of the claim above the value of any lien |
|---|---|---|---|---|
| Sylvia Benito | Debt from unpaid loans. | A portion | of | $ 400,000.00 |
| Lee Melchionni | Debt from unpaid loans. | A portion | of | $ 400,000.00 |
| Titan Law Group LLP | Debt from unpaid loans. | A portion | of | $ 1,359,564.29 |
| LRS Law Group LLP | Debt from unpaid loans. | | | $ 956,150.06 |
| | Total of petitioners' claims | | | $ 2,715,714.35 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Sylvia Benito
Name

9350 NE 12th Ave.
Number    Street

Miami Shores, FL 33138
City           State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City           State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/25/2025
             MM / DD / YYYY

DocuSigned by:
X _____
   1CB90BB2C11346E...
Signature of petitioner or representative, including representative's title

**Attorneys**

Nafiz Cekirge
Printed name

Brewer, Attorneys & Counselors
Firm name, if any

750 Lexington Ave, 14th Floor
Number    Street

New York                NY          10022
City                    State       ZIP Code

Contact phone  212- 489-1400   Email  nnc@brewerattorneys.com

Bar number   3068442

State   New York

Signed by:
X *Nafiz Cekirge*
   A4C879A736DD4B9...
Signature of attorney

Date signed   11/25/2025
              MM / DD / YYYY

Debtor  Lake Law Firm LLC
        Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

Lee Melchionni
Name

20900 NE 30th Ave
Number    Street

Miami, FL 33180
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/25/2025
             MM / DD / YYYY

✗ *Lee Melchionni*
   F19BADB8BEFD42D...
Signature of petitioner or representative, including representative's title

---

Pro se
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ *Lee Melchionni*
   F19BADB8BEFD42D
Signature of attorney

Date signed  11/25/2025
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Titan Law Group LLP
Name

1100 H Street NW, Suite 840
Number    Street

Washington, D.C. 20005
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lee Melchionni
Name

20900 NE 30th Ave
Number    Street

Miami, FL 33180
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/25/2025
             MM / DD / YYYY

✗ *Lee Melchionni*
   F19BADB8BEFD42D...
Signature of petitioner or representative, including representative's title

---

Todd Kremin
Printed name

Agulnick Kremin P.C.
Firm name, if any

510 Broadhollow Road, Suite 303
Number    Street

Melville            NY       11747
City                State    ZIP Code

Contact phone  718-352-4800   Email tkremin@agulnickkremin.com

Bar number _____

State   New York

✗ *Todd D. Kremin*
Signature of attorney

Date signed  11/25/2025
             MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

| Debtor | Lake Law Firm LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

LRS Law Group LLP
Name

20900 NE 30th Ave
Number    Street

Miami, FL 33180
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lee Melchionni
Name

20900 NE 30th Ave
Number    Street

Miami, FL 33180
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/25/2025
              MM  / DD  / YYYY

✗ /s/ Lee Melchionni (DocuSigned, F19BADB8BEFD42D...)
Signature of petitioner or representative, including representative's title

---

Todd Kremin
Printed name

Agulnick Kremin P.C.
Firm name, if any

510 Broadhollow Road, Suite 303
Number    Street

Melville          NY          11747
City              State       ZIP Code

Contact phone  718-352-4800   Email tkremin@agulnickkremin.com

Bar number _____

State   New York

✗ Todd D. Kremin
Signature of attorney

Date signed   11/25/2025
              MM  / DD  / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____
              MM  / DD  / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City            State       ZIP Code

Contact phone  _____   Email _____

Bar number _____

State   _____

✗ _____
Signature of attorney

Date signed   _____
              MM  / DD  / YYYY