Information to identify the case:

Debtor    Lake Law Firm LLC

          Name

          EIN:  00–0000000

United States Bankruptcy Court    Eastern District of New York

Date case filed for chapter:    7    11/26/25

Case number:    8–25–74585–las

# ORDER TO CLOSE DISMISSED CASE

The above–captioned case was dismissed by order dated February 18, 2026

**IT IS ORDERED THAT:**

Kenneth P Silverman (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above–named debtor(s) is closed.

s/  Louis A. Scarcella
United States Bankruptcy Judge

Dated: March 18, 2026

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]